1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAM OSTRANDER,           ) | Case No. 2:09-CV-00099 JAM-KJM |
|                Plaintiff,    ) | |
|    v.                                 ) | |
| FREMONT INVESTMENT & LOAN,           ) | |
| FREMONT GENERAL CREDIT               ) | |
| CORPORATION, FREMONT                 ) | |
| REORGANIZING CORPORATION, CEO        ) | |
| RICHARD A. SANCHEZ; MORTGAGE         ) | |
| ELECTRONIC REGISTRATIONS             ) | |
| SYSTEMS, INC., CEO RONALD K.         ) | |
| ARNOLD; MORGAN STANLY, dba:          ) | |
| SAXON CAPITOL dba SAXON MORTGAGE     ) | |
| SERVICES, CEO JOHN J. MACK; HSBC     ) | |
| BANK USA, National Association,      ) | |
| as Trustee for ACE 2005-HE1, CEO     ) | |
| PAUL J. LAWRENCE; QUALITY LOAN       ) | |
| SERVICE CORPORATION, as              ) | |
| Successor Trustee, Substitute        ) | |
| Trustee; JIM MCCAULEY, PLACER        ) | |
| COUNTY CLERK RECORDER, EDWARD N.     ) | |
| BONNER, PLACER COUNTY SHERIFF        ) | |
| CORONER; And all persons             ) | |
| unknown, claiming any legal or       ) | |
| equitable right, title, estate,      ) | |
| lien, or interest in the             ) | |
| property described in the            ) | |
| complaint adverse to plaintiff's     ) | |
| title, or any cloud upon             ) | |
| plaintiff's title thereto; DOES      ) | |
| 1 THROUGH 15,                        ) | |
|                Defendants.   ) | |

|     |     |     |
| --- | --- | --- |
| 1   | BEVERLY J. OSTRANDER,                            ) | |
| 2   |                   Plaintiff,                    ) | |
|     |                                                  ) Case No. 2:09-CV-01392 MCE-KJM | |
| 3   |      v.                                          ) | |
| 4   | FREMONT INVESTMENT & LOAN,                       ) | |
|     | FREMONT GENERAL CREDIT                           ) | |
| 5   | CORPORATION FREMONT REORGANIZING                 ) | |
| 6   | CORPORATION, CEO RICHARD A.                      ) | |
|     | SANCHEZ, HSBC, N.A. BANK USA,                    ) | |
| 7   | N.A., as Trustee under the                       ) | |
|     | Pooling and Servicing Agreement                  ) | |
| 8   | for FREMONT HOME LOAN TRUST                      ) | |
|     | 2005-A, CEO PAUL J. LAWRENCE,                    ) | |
| 9   | LANDAMERICA DEFAULT SERVICES,                    ) | |
| 10  | PRESIDENT CARL BROWN, LITTON                     ) | |
|     | LOAN SERVICING LP, CEO LARRY B.                  ) | |
| 11  | LITTON SR., MORTGAGE ELECTRONIC                  ) | |
|     | REGISTRATIONS SYSTEMS, INC., CEO                 ) | |
| 12  | ROLAND K. ARNOLD, SPECIALIZED                    ) | |
|     | LOAN SERVICING, LLC, CEO JOHN                    ) | |
| 13  | BEGGINS, And all persons                         ) | |
|     | unknown, claiming any legal or                   ) | |
| 14  | equitable right, title, estate,                  ) | |
| 15  | lien, or interest in the                         ) | |
|     | property described in the                        ) | |
| 16  | complaint adverse to plaintiff's                 ) | |
|     | title, or any cloud upon                         ) | |
| 17  | plaintiff's title thereto, Does                  ) | |
|     | 1 through 15,                                    ) | |
| 18  |                                                  ) | |
| 19  |                   Defendants.                    ) | |
|     | NYCOLE Y. OSTRANDER,                             ) | |
| 20  |                                                  ) Case No. 2:09-CV-01255 JAM-EFB | |
|     |                   Plaintiff,                    ) | |
| 21  |                                                  ) **NON-RELATED CASE ORDER** | |
|     |      v.                                          ) | |
| 22  |                                                  ) | |
|     | HSBC-BANK USA, N.A., as Trustee                  ) | |
| 23  | under the Pooling and Servicing                  ) | |
|     | Agreement dated as of February                   ) | |
| 24  | 1, 2005, FREMONT HOME LOAN TRUST                 ) | |
|     | 2005-A, CEO Martin J. G. Glynn;                  ) | |
| 25  | FREMONT INVESTMENT & LOAN, N.A.,                 ) | |
|     | CEO Stephen H. Gordon; LITTON                    ) | |
| 26  | LOAN SERVICING LP, CEO Larry B.                  ) | |
|     | Litton Sr., as loan servicer;                    ) | |
| 27  | CROWN LENDING CORPORATION, N.A.,                 ) | |
|     | CEO Daniel S. Ysias; QUALITY                     ) | |
| 28  | LOAN SERVICE CORPORATION, CEO                    ) | |

```
Kevin R. McCarthy, as TRUSTEE;    )
COUNTRYWIDE HOME LOANS, INC.,     )
N.A., CEO Angelo R. Mozillo;      )
COUNTRYWIDE HOME LOANS            )
SERVICING, LP, And all persons    )
unknown, claiming any legal or    )
equitable right, title, estate,   )
lien, or interest in the          )
property described in the         )
complaint adverse to plaintiff's  )
title, or any cloud upon          )
plaintiff's title thereto, Does   )
1 through 15,                     )
                                  )
              Defendants.         )
                                  )
                                  )
_____)
```

A Notice of Related Cases was filed concerning the above-captioned cases on May 22, 2009.  See Local Rule 83-123 (E.D. Cal. 2005).  On review of the cases, the Court finds that the cases ought not be related or reassigned.  This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATED:   June 8, 2009

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

3